IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE D. MANDERBACH, INC. d/b/a MANDERBACH FORD, DLR AUTO GROUP LLC, SMITH COLLISION CENTER, and BROADWAY PRECISION COLLISION**,** on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>CDK GLOBAL, LLC,<br><br>      Defendant. | Hon. Jeffrey I. Cummings<br><br>Case No. 1:24-cv-05924 |

**JOINT MOTION TO SEVER AND STAY THE INDIVIDUAL CLAIMS OF MANDERBACH FORD AND TO SET BRIEFING SCHEDULE AND PAGE LIMITS FOR CDK'S ANTICIPATED MOTION TO DISMISS**

    Plaintiffs George D. Manderbach, Inc. d/b/a Manderbach Ford, DLR Auto Group LLC, Smith Collision Center, and Broadway Precision (collectively, "Plaintiffs"), and Defendant CDK Global, LLC ("CDK") (collectively, the "Parties"), respectfully move the Court to: (1) sever the individual claims of Manderbach Ford and stay the severed action pending arbitration of Manderbach Ford's individual claims; and (2) set a briefing schedule for CDK's anticipated motion to dismiss in this case and expand the page limits for that anticipated briefing. In support, the Parties state as follows:

    1.    On July 12, 2024, Plaintiffs filed a Class Action Complaint against CDK. (ECF No. 1.)

    2.    On July 17, 2024, Plaintiffs filed an affidavit of service, establishing a response deadline of August 6, 2024. (ECF No. 10.)

3. On July 26, 2024, CDK filed an unopposed motion for extension of time to respond to the Class Action Complaint and/or move to compel arbitration until and including October 7, 2024, in part, to allow counsel for the various plaintiffs who have filed lawsuits against CDK arising out of a June 2024 cyber incident additional time to continue discussions on potential reassignment, consolidation, and/or coordination of the various actions against CDK. (ECF No. 13.) That extension was granted. (ECF No. 16.)

4. As part of these discussions, CDK notified plaintiffs that it opposed consolidation of this action in part because the Master Services Agreement ("MSA") between Manderbach Ford and CDK contains an enforceable arbitration agreement.

5. After these discussions concluded, on September 16, 2024, CDK filed a second unopposed motion for extension of time to respond to the Class Action Complaint and/or move to compel arbitration from October 7, 2024 to October 30, 2024. (ECF No. 23.) That extension was granted. (ECF No. 24.)

6. On October 11 and 21, 2024, counsel for Plaintiffs and CDK met and conferred regarding CDK's anticipated motion practice. During the meet and confers, CDK informed counsel for Plaintiffs that it intended to move to compel arbitration for Manderbach Ford based on the enforceable arbitration agreement in the MSA. Manderbach Ford agreed to submit to arbitration and to have its claims stayed pending that arbitration.

7. DLR Auto Group LLC, Smith Collision Center, and Broadway Precision, the remaining plaintiffs, would prefer for their claims to move forward.

8. The Parties believe that a partial stay of certain claims as to only some plaintiffs would create the potential for disruption and inefficiencies, including duplication of efforts and a waste of resources.

9. Accordingly, the Parties respectfully request that the Court sever the individual claims of Manderbach Ford under Federal Rule of Civil Procedure 21, so that its claims proceed under a separate action. *See* Fed. R. Civ. P. 21 ("The Court may also sever any claim against any party."); *see also Ambrose v. Steelcase, Inc.*, 2002 WL 1447871, *7 (N.D. Ill. July 3, 2002) ("the motion to sever and stay appears to serve 'the just, speedy and inexpensive' disposition of this litigation" (quoting Fed. R. Civ. P. 1)).

10. Manderbach Ford and CDK further request that the Court stay that separate action, pending the completion of the arbitration. *See* 9 U.S.C. § 3 ("If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, *the court* in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referrable to arbitration under such an agreement, *shall on application of one of the parties stay the trial of the action until such arbitration has been had* in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.") (emphasis added); *see also Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, *and a party requests a stay pending arbitration,* § 3 of the FAA compels the court to stay the proceeding.") (emphasis added). Manderbach Ford and CDK would submit a joint status report in that new action within twenty-one (21) days of the arbitration decision.

11. CDK further anticipates filing a Motion to Dismiss the claims in the complaint in the above-captioned case. However, due to the intervening holidays, the Parties request that the Court adjust the default briefing deadlines and enter the briefing schedule below. The Parties also request that the Court grant the page extensions below due to the number of plaintiffs and claims at issue.

12. For the foregoing reasons, the Parties respectfully request the Court order the following deadlines and page limits:

| Deadline | Date | Pages |
|---|---|---|
| Defendant's Motion to Dismiss | October 30, 2024 | 25 Pages |
| Plaintiffs' Response to Motion to Dismiss | December 16, 2024 | 25 Pages |
| Defendant's Reply to Motion to Dismiss | January 15, 2025 | 15 Pages |

Dated: October 25, 2024

*/s/ Adam E. Polk*
Adam E. Polk
Anthony Rogari (pro hac vice forthcoming)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
arogari@girardsharp.com

Benjamin F. Johns
Jonathan Shub (Bar ID No. 53965)
Samantha E. Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
bjohns@shublawyers.com
jshub@shublawyers.com
sholbrook@shublawyers.com

Elizabeth A. Fegan (IL #6229226)
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Tel: (312) 741-1019
beth@feganscott.com

*Attorneys for Plaintiffs and the Proposed Class*

Respectfully submitted,

*/s/ Devin S. Anderson*
Devin S. Anderson (pro hac vice)
Haley L. Darling (pro hac vice)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3245
Fax: (202) 389-5200
devin.anderson@kirkland.com
haley.darling@kirkland.com

Martin L. Roth, P.C.
Lead Attorney
IL Bar No. 6296464
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
rothm@kirkland.com

*Counsel for Defendant CDK Global, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2024, a true and correct copy of the foregoing **JOINT MOTION TO SEVER AND STAY THE INDIVIDUAL CLAIMS OF MANDERBACH FORD AND TO SET BRIEFING SCHEDULE AND PAGE LIMITS FOR CDK'S ANTICIPATED MOTION TO DISMISS** was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all Counsel of Record

Dated: October 25, 2024            */s/ Devin S. Anderson*
                                                Devin S. Anderson