**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JAY KAY COLLISION CENTER, INC.,** individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>**CDK GLOBAL, LLC,**<br><br>                Defendant. | Case No.: 1:24-cv-05313 |

**ORDER TO CONSOLIDATE ACTIONS**
**AND SET SCHEDULE**

The Court has reviewed Plaintiff's Unopposed Motion to Consolidate Actions and Set Schedule (the "Motion"). Having reviewed the papers and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.    The following cases are hereby consolidated (the "Consolidated Action"):

- *Jay Kay Collision Center, Inc. v. CDK Global, LLC*, 1:24-cv-05313;
- *George D. Manderbach, Inc., et al. v. CDK Global, LLC*, 1:24-cv-05924; and
- *East McComb Body Shop v. CDK Global Inc*., 1:24-cv-11440.

2.    The Clerk of the Court is **ORDERED** to **ADMINISTRATIVELY CLOSE** the *Manderbach* case and the *East McComb* case.

3.    All future papers filed in this Consolidated Action shall be filed under the lead case number 1:24-cv-05313, the number assigned to the first-filed case, *Jay Kay Collision Center, Inc. v. CDK Global, LLC.* All papers previously filed and served to date in the *Manderbach* and *East McComb* cases are deemed part of the record in the Consolidated Action.

4.    Counsel for Plaintiffs shall file a Notice of Related Action should a future case filed, transferred, or removed to this District warrant consolidation in this Consolidated Action ("Related

Actions"). If the Court determines that the case is related, the Clerk shall:

      a.    Place a copy of this Order in the separate file for such action;

      b.    Serve on Plaintiffs' counsel in the new case a copy of this Order;

      c.    Direct that this Order be served upon Defendant(s) in the new case;

      d.    Make the appropriate entry in the docket; and

      e.    Administratively close the new case.

5.    Counsel for Plaintiffs shall file applications for leadership appointment ("Class Counsel") no later than 14 days from the date of this Order.

6.    Class Counsel shall file a consolidated complaint within 45 days of an order appointing Class Counsel.

7.    CDK shall have 45 days to move to dismiss the consolidated complaint or otherwise respond, and if the response is a motion to dismiss or some other responsive motion (as opposed to an answer), Class Counsel shall have 30 days to respond, and CDK shall have 30 days to submit a reply.

8.    During the pendency of any motion to dismiss or other responsive briefing, the Parties shall negotiate a proposed protective order and a proposed protocol for electronically stored information ("ESI"), and once ordered, the Parties shall have 21 days to meet and confer on any further discovery efforts while CDK's motion to dismiss (or other responsive briefing) is pending and, if necessary, present their positions in a joint status report for the Court's consideration.

**SO ORDERED.**

Dated: February 11, 2025

Hon. Jeffrey I. Cummings
United States District Judge

2